IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE J. PISARZ, JR., | : | Case No. 4:10-CV-01432 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PPL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 21st day of January, 2014, it is hereby ORDERED in accordance with the memorandum of this same date that defendant PPL Corporation's motion to enforce settlement (Dec. 28, 2012, ECF No. 85) is GRANTED. The case is dismissed with prejudice and the Clerk of Court is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge